IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER D. MOSBY,                                                                                              PLAINTIFF
ADC #63018

v.                                        No. 5:09CV00096JLH/HLJ

LARRY B. NORRIS                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE